# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| BELL ENTERPRISES VENTURE, et al. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 01 C 2212 |
| SANTANNA NATURAL GAS, et al. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed.

**DOCKETED**
OCT 0 9 2002

Michael W. Dobbins, Clerk of Court

Date: 10/8/2002

Jacquelyn H. Collier, Deputy Clerk