# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

CERTIFIED COPY

**DOCKETED**
DEC 2 4 2003

DISMISSAL PER FRAP 42(b)

FILED
DEC 2 2 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date: December 22, 2003

By the Court:

No. 03-1959

BELL ENTERPRISES VENTURE and HTP AMERICA, INCORPORATED, on behalf of themselves and all others similarly situated,
    Plaintiffs - Appellants

v.

T. WAYNE GATLIN, JESSE D. SMITH and SANTANNA NATURAL GAS CORPORATION, a Texas corporation, doing buisness as, SANTANNA ENERGY SERVICES,
    Defendants - Appellees

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division
No. 01 C 2212, William J. Hibbler, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the parties on December 19, 2003,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy
Teste:
Clerk of the United States
Court of Appeals for the
Seventh Circuit